# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID AARON LOWE**                                                                                  **PLAINTIFF**

**v.**                      **Case No. 1:17-cv-00105-KGB**

**PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**                                                    **DEFENDANT**

## ORDER

Before the Court is plaintiff David Aaron Lowe and defendant Prudential Insurance Company of America's stipulation of dismissal (Dkt. No. 8). The parties jointly request that this Court dismiss with prejudice this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause show, the Court adopts the joint stipulation (Dkt. No. 8). This action is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

So ordered this 21st day of March, 2018.

                                                                               Kristine G. Baker
                                                                               United States District Judge